Ruth Rich Shennan and Joseph E. Rich, Appellants,
v. Chrispens Truck Lines, Inc. et al., Appellees.

Gen. No. 42,165.

Heard in first division, first district, this court at February term, 1942; opinion filed October 26, 1942; rehearing denied November 9, 1942. Walter W. Ross, Jr., Owen Rall and John B. Phillips, for appellants; Harold W. Huff, of counsel; Lord, Bissell & Kadyk, for appellees; Austin V. Clifford and Bruce S. Parkhill, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."